[No. 14550-6-III.     Division Three.     July 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
ERIC PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 94-1-00231-0, Evan E. Sperline, J., entered
November 7, 1994. *Reversed* by unpublished opinion per
Sweeney, C.J., concurred in by Schultheis, J., Munson, J.,
dissenting.

[No. 14799-1-III.     Division Three.     July 25, 1996.]

*In the Matter of the Marriage of* LINDA DIANE
ISAACS, *Respondent*, and MICHAEL PATRICK ISAACS,
*Appellant*.

Appeal from a judgment of the Superior Court for
Lincoln County, No. 85-3-00680-6, Philip W. Borst, J.,
entered March 14, 1995. *Affirmed in part* and *reversed in
part* by unpublished opinion per Sweeney, C.J., concurred
in by Munson and Schultheis, JJ.

[No. 15097-6-III.     Division Three.     July 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS
JOSE MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 95-1-00472-1, Michael W. Leavitt, J.,
entered August 4, 1995. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Sweeney, C.J., and Schul-
theis, J.

[No. 17447-2-II.     Division Two.     July 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
DEAN WISCH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-01041-1, Edwin L. Poyfair, J., entered
July 15, 1993. *Affirmed* by unpublished opinion per
Turner, J., concurred in by Bridgewater and Armstrong,
JJ.